In the Matter of the Probate of the Will of LAURA GUIDI, Deceased.

MARGARET T. MOUNTAIN et al., Appellants; ALEXANDER F. WHELAN, Respondent.

Submitted January 13, 1941; decided January 23, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 680.)